UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD MARINELLO                        CIVIL ACTION

VERSUS                                  NO: 07-6721

ALLSTATE INDEMNITY COMPANY              SECTION: "J" (3)


**ORDER**

Before the Court is Plaintiff's Motion to Remand.  (Rec. Doc. 5).  The motion is unopposed.  Plaintiff has filed into the record a stipulation which clarifies that the amount in controversy in this lawsuit never exceeded the jurisdictional requisite of $75,000.00.  (Rec. Doc. 5-3).[1]  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED;**

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the 22nd Judicial District Court for the Parish of St. Tammany.

---

[1]If Plaintiffs were ultimately awarded an amount in excess of $75,000.00 by the state court, and subsequently seeks to enforce the judgment for more than $75,000.00 including attorney's fees but excluding costs and interest, Defendant may then seek relief gtom judgment and sanctions against Plaintiff and Plaintiff's counsel in this Court. *Midkiff v. Hershey Chocolate U.S.A.,* No. 98-1137, 1998 WL 419498, at *1 (E.D.La. July 21, 1998).

New Orleans, Louisiana this the 21st day of November, 2007.

_____

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE